ACCEPTED
15-25-00098-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 3:58 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00098-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/19/2025 3:58:47 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH DISTRICT OF TEXAS

*NGL Water Solutions Permian, LLC,*

**Appellant,**

**v.**

*Lime Rock Resources V-A, L.P., d/b/a Lime Rock Resources, L.P., and LRR Pecos Valley, LLC,*

**Appellees.**

On Appeal from the Business Court of the State of Texas, Eleventh Division, Cause No. 25-BC11B-0005, The Honorable Grant Dorfman

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant NGL Water Solutions Permian, LLC ("NGL") files this Motion for Extension of Time to File its opening brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 55.7:

1.   Appellant's opening brief is currently due on Friday, September 19, 2025. Appellant seeks a thirty-day extension from Friday, September 19, 2025 up to and including Monday, October 20, 2025.

1

2. This is Appellant's second request to extend the time to file its brief.

3. Appellees Lime Rock Resources V-A, L.P., d/b/a Lime Rock Resources, L.P., and LRR Pecos Valley, LLC, are unopposed to this motion.

4. Appellant needs additional time to file its opening brief because counsel for Appellant, Denise Scofield and Brandon Duke, have been engaged in other litigation with imminent deadlines that that have required or will require significant attention from Appellant's counsel. Those matters include significant drafting or other responsibilities relating to:

- Discovery responses due on October 3 and October 15 in *LRR Pecos Valley, LLC v. NGL Water Solutions Permian, LLC*, No. 25-151-DCCV-00017 (Tex. 143rd Dist.);

- Depositions in *Tiede v. Collier*, No. 1:23-cv-01004-RP (W.D. Tex.);

- Depositions beginning on October 2, 2025 in *Certain Underwriters, et al., v. Cameron International Corporation*, No. CJ-22-3088 (Okla. Dist.);

- Discovery and document productions ongoing in *Certain Underwriters, et al., v. Cameron International Corporation*, No. CJ-22-3088 (Okla. Dist.)

- Discovery responses due on October 20 in *Certain Underwriters, et al., v. Cameron International Corporation*, No. CJ-22-3088 (Okla. Dist.);

- Briefing for and hearing on motion to dismiss on October 8, 2025 in *Andres Saldaña-Gonzalez v. Kia Corp.*, No. 2024-41891 (Tex. 164th Dist.); and

- Discovery and document productions ongoing in *Black Mountain SWD, LP v. NGL Water Solutions Permian, LLC*, No. 342-361826-25 (Tex. 342nd Dist.).

Considering the press of these other matters, counsel for Appellant needs a thirty-day extension to complete the opening brief.

6. This extension is sought in the interest of justice, not for delay, and no party will be prejudiced if the request for an extension is granted.

7. For these reasons, NGL respectfully requests that this Court grant a thirty-day extension to file its response brief to Monday, October 20, 2025.

September 19, 2025

Respectfully submitted,

**O'MELVENY & MYERS LLP**

*/s/ Denise Scofield*

Denise Scofield
Brandon Duke
700 Louisiana Street, Suite 2900
Houston, TX 77002
Phone: (832) 254-1500
Fax: (832) 254-1501
dscofield@omm.com
bduke@omm.com

**ATTORNEYS FOR APPELLANT
NGL WATER SOLUTIONS
PERMIAN, LLC**

3

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Court Services on behalf of Denise Scofield
Bar No. 784934
ommsvc2@omm.com
Envelope ID: 105853411
Filing Code Description: Motion
Filing Description: Unopposed Motion for Extension of Time to File Brief of Appellant
Status as of 9/19/2025 4:16 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Nicholas Brown | 24092182 | nick.brown@kirkland.com | 9/19/2025 3:58:47 PM | SENT |
| Brandon Duke | | bduke@omm.com | 9/19/2025 3:58:47 PM | SENT |
| Kyle Terao | | kterao@omm.com | 9/19/2025 3:58:47 PM | SENT |
| Denise Scofield | | dscofield@omm.com | 9/19/2025 3:58:47 PM | SENT |
| Joshua Jilovec | | jjilovec@omm.com | 9/19/2025 3:58:47 PM | SENT |
| Greg M.Holly | | gregholly@sbcglobal.net | 9/19/2025 3:58:47 PM | SENT |
| Holly Rioux-Lefebvre | | holly.rioux@kirkland.com | 9/19/2025 3:58:47 PM | SENT |
| Daniel Donovan | | daniel.donovan@kirkland.com | 9/19/2025 3:58:47 PM | SENT |
| Harris Blum | 24138757 | harris.blum@kirkland.com | 9/19/2025 3:58:47 PM | ERROR |